IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| Willie F. Ford,<br><br>      Plaintiff,<br><br>v.<br><br>Bureau of Prisons, Kathy Griffith,<br><br>      Defendants. | C/A No. 0:25-cv-4427-SAL<br><br><br>**ORDER** |

  Plaintiff Wille F. Ford, a self-represented federal inmate, filed this action in August 2024 in the United States District Court for the District of Kansas, and the matter was transferred to this court. [ECF No. 1.] In accordance with 28 U.S.C. § 636(b)(1) and Local Civil Rule 73.02(B)(2) (D.S.C.), this matter was referred to a magistrate judge for all pretrial proceedings.

  On August 26, 2024, the magistrate judge advised Plaintiff of deficiencies in his complaint and directed him to bring the case into proper form by September 16, 2024. [ECF No. 8.] The magistrate judge also advised Plaintiff that he had to update the court with any mailing address changes and that, if he did not, his case could be dismissed. *Id.* at 3. Plaintiff requested an extension to bring his case into proper form, and the magistrate judge granted his request, extending his deadline to October 7, 2024. [ECF Nos. 13, 14.]

  On October 15, 2024, the court received some, but not all, of the documentation needed to bring this case into proper form. *See* ECF No. 18. On November 12, 2024, the magistrate judge issued another proper form order, giving Plaintiff a deadline of December 3, 2024, to file the remainder of the required documentation. [ECF No. 20.] That proper form order was returned as undeliverable. *See* ECF No. 22. On December 13, 2024, the magistrate judge issued a Report and

1

Recommendation (the "Report"), recommending this matter be summarily dismissed under Federal Rule of Civil Procedure 41(b) for failure to prosecute. [ECF No. 25.]

On January 1, 2025, Plaintiff submitted a change of address. [ECF No. 29.] This court directed the Clerk to mail copies of the proper form order and the Report to Plaintiff at his new address, and the court advised Plaintiff his new deadline to file objections to the Report was January 21, 2025. [ECF No. 30.] On February 3, 2025, the court received objections from Plaintiff, where he indicated his receipt of the proper form order and the Report was delayed because he was transferred to a new institution. [ECF No. 35.] He requested additional time to bring this case into proper form and indicated he had requested some of the information needed for his case. *Id.* On June 25, 2025, the court had not received any updated documentation from Plaintiff, so it issued an order giving Plaintiff a deadline of July 25, 2025, to bring this case into proper form. [ECF No. 36.] That order was sent to Plaintiff at the address he provided to the court, but it was returned as undeliverable on July 18, 2025. [ECF No. 38.]

Despite being given ample time to bring this case into proper form, Plaintiff has not done so. He also has failed to advise the court of his current address. Consequently, Plaintiff has failed to prosecute this case and has failed to comply with orders of this court. Accordingly, the case is **DISMISSED, without prejudice**, in accordance with Fed. R. Civ. P. 41. *See Link v. Wabash R.R. Co.*, 370 U.S. 626 (1962). The Clerk is directed to mail this order to Plaintiff's address on file and also to the facility where he is currently incarcerated according to the Bureau of Prisons.

**IT IS SO ORDERED.**

August 11, 2025  
Columbia, South Carolina

Sherri A. Lydon  
United States District Judge